UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on March 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Artur Koziol

| | |
|---|---|
| Case No.: | 25-18338 (MBK) |
| Hearing Date: | March 5, 2026 |

Artur Koziol

| | |
|---|---|
| Adv. No.: | 25-01376 (MBK) |
| Judge: | Michael B. Kaplan |

Plaintiff(s)

v.

Katherine A. Griffin

Defendant(s)

# ORDER DENYING MOTION TO DISMISS
# ADVERSARY PROCEEDING CASE NO. 25-01376

**DATED: March 30, 2026**

_Honorable Michael B. Kaplan_
_United States Bankruptcy Judge_

Presently before this Court is a Motion to Dismiss Adversary Proceeding Case No. 25-01376 filed by Defendant, Katherine A. Griffin, on January 22, 2026 (the "Motion to Dismiss") (Adv. Pro. ECF No. 16).

On February 12, 2026, Debtor, Artur Koziol, filed a Brief and Certification in Opposition to the Motion to Dismiss (Adv. Pro. ECF No. 19). Thereafter, on March 5, 2026, Debtor filed a supplemental letter correspondence after the scheduled hearing took place (Adv. Pro. ECF No. 20).

The Court having fully considered the papers and for the reasons set forth in the Opinion (ADV. Pro. No. 23), it is hereby

ORDERED that the Motion to Dismiss (Adv. Pro. ECF No. 16) is **DENIED**.